UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
                                  :    10-cr-778 (JSR)
        -v-                       :
                                  :    ORDER
ANTONIO ROMAN,                    :
                                  :
            Defendant.            :
                                  :
------------------------------------x

JED S. RAKOFF, U.S.D.J.

Defendant Antonio Roman applied to terminate supervised release after the expiration of one year pursuant to 18 U.S.C. § 3583(e). Neither the Government nor the U.S. Probation Office objects. After reviewing all the factors set forth in 18 U.S.C. § 3553(a) and satisfied that the termination is warranted by Mr. Roman's conduct and the interest of justice, the Court grants Mr. Roman's application.

Dated:   New York, NY
         July 9, 2021

_____
JED S. RAKOFF, U.S.D.J.

1